**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                             Case No: 18-41189-ELM-13
    **HAROLD LAYNE CURTS**

    **DEBTOR(S)**

### TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #2

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

Now comes Pam Bassel, the Standing Chapter 13 Trustee, and files this her "Trustee's Response to Objection to Claim" heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

The Objection to Claim does not comply with the requirements of Fed. R. Bankr. P. 3007 which requires, "An objection to the allowance of a claim and a notice of objection that substantially conforms to the appropriate Official Form shall be filed and served at least 30 days before any scheduled hearing on the objection or any deadline for the claimant to request a hearing." A completed Official Form 420B or a substantially similar document was not attached to the Objection to Claim.

Therefore, the Trustee is opposed to the sustaining or granting of the Objection to Claim in its current form and without appropriate notice to the affected creditor.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
        Pam Bassel, Bar # 01344800
        Standing Chapter 13 Trustee
        Ethan S. Cartwright, Bar # 24068273
        Staff Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties enlisted to receive electronic notice and the Debtor by first class mail, postage prepaid, on or before December 3, 2018.

/s/ Ethan S. Cartwright
_____
Pam Bassel, Ethan S. Cartwright